[No. 13682.  *En Banc.*  August 7, 1917.]

Z. A. Scouse *et al.*, *Appellants*, v. Alaska & Yakima Investment
Company *et al.*, *Respondents*.[1]

Appeal from a judgment of the superior court for Yakima county,
Grady, J., entered July 29, 1916, in favor of the defendants, dismissing
an action to subject real property to the satisfaction of a judgment,
tried to the court.  Affirmed.

*Willett & Oleson, O. L. Willett*, and *Englehart & Rigg*, for appellants.

*H. J. Snively*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
still adhere to the opinion heretofore filed herein as reported in 94
Wash. 250, 161 Pac. 1189, and for the reasons there stated, the judgment is affirmed.

---

[No. 13464.  *En Banc.*  August 8, 1917.]

The State of Washington, *on the Relation of Puget Sound & Willapa
Harbor Railway Company, Appellant*, v. Northern Pacific
Railway Company *et al., Respondents*.[2]

Appeal from a judgment of the superior court for Lewis county,
Rice, J., entered April 17, 1916, affirming an order of the public
service commission, after a hearing before the court.  Reversed.

*F. M. Dudley*, for appellant.

*George T. Reid, J. W. Quick*, and *L. B. da Ponte*, for respondent
Northern Pacific Railway Company.

*The Attorney General* and *Scott Z. Henderson, Assistant*, for respondent Public Service Commission.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
still adhere to the opinion heretofore filed herein as reported in 94
Wash. 10, 161 Pac. 850, and for the reasons there stated, the judgment is reversed, and the cause remanded with instructions to follow
the order of the departmental opinion.

[1]Reported in 166 Pac. 777.
[2]Reported in 166 Pac. 793.